FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2013

No. 04-13-00065-CV

Loretta **WANG**,
Appellant

v.

**THE UNIVERSITY OF TEXAS AT AUSTIN,**
Appellee

From the 200th District Court, Travis County, Texas
Trial Court No. D-1-GN-11-000577
Orlinda L. Naranjo, Judge Presiding

# O R D E R

On February 1, 2013, we ordered appellant to offer a reasonable explanation for filing a late notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (1997). Appellant timely responded, stating that the error was due to her misunderstanding of the law. We accept the explanation as reasonable. We therefore **grant** the implied motion for extension of time to file a late notice of appeal and **order** this appeal retained on the court's docket.

The clerk's record has been filed. Appellant has notified the court in writing that no reporter's record will be filed. We therefore **order** appellant's brief is due **April 1, 2013.**



Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2013.



Keith E. Hottle, Clerk of Court